JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKIYASU MIYAKAWA, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-06395-AB (PVCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 1, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE